IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TRACY LEE JENKINS, JR.                                                         PETITIONER

v.                                                                           No. 3:19CV272-GHD-RP

SHERIFF JIMMY FLY, ET AL.                                              RESPONDENTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment issued today, the instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 22nd day of March, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE