## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**TRACY LEE JENKINS, JR.**                                                              **PETITIONER**

**v.**                                                                            **No. 3:19CV272-GHD-RP**

**SHERIFF JIMMY FLY, ET AL.**                                                          **RESPONDENTS**

### CERTIFICATE OF APPEALABILITY

A final order having been issued in either a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241 or in a proceeding under 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), hereby finds that **a certificate of appealability should not issue.**

For the reasons stated in the opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superceded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(1) and (2). Specifically, the court finds, for the reasons set forth in its, memorandum opinion and final judgment, that the instant petition for a writ of *habeas corpus* should be dismissed for failure to exhaust state remedies.

**SO ORDERED**, this, the ____22____ day of March, 2021.

SENIOR UNITED STATES DISTRICT JUDGE